James RITTER, Movant v. COMMON-
WEALTH OF KENTUCKY,
Opposed.

Court of Appeals of Kentucky.
Feb. 29, 1952.

H. K. Spear, Somerset, for movant.
A. E. Funk, Atty. Gen., for opposed.

PER CURIAM.
Appeal denied.
Judgment affirmed.